# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS HAMILTON, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>XPEDITION LLC dba FORTRESS SAFE and CABELA'S LLC<br><br>   Defendants. | CASE NO.: 2:24-cv-02157-KJM-CSK<br><br>Assigned to: Hon. Kimberly J. Mueller<br>Courtroom: 3<br><br>**ORDER TO SET BRIEFING SCHEDULE**<br><br>Action Filed: August 12, 2024 |

Good cause shown, the Court sets the following briefing schedule for Defendants' Motion to Dismiss:

1. The deadline for Defendants to file any Rule 12b motion is Friday, November 1, 2024.

2. The deadline for Plaintiff to file any opposition shall be Monday, December 2, 2024.

3. The deadline for Defendants to file any Reply is December 13, 2024. The Parties request oral argument.

IT IS SO ORDERED.

DATED: September 6, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

**Error! Unknown document property name.**