**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS HAMILTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>XPEDITION LLC dba FORTRESS SAFE and CABELA'S LLC<br><br>　　　　　　　　　　　Defendants. | Case No. 2:24-cv-02157-KJM-CSK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

STIPULATED DISMISSAL
CASE NO. 2:24-CV-02157-KJM-CSK

31440496v3

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action shall be dismissed without prejudice and with each party to bear its own fees and costs.

Dated: March 5, 2025                                   Respectfully submitted,

                                                            /s/    Joel D. Smith

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street,
5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey
(State Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

*Attorneys for Plaintiff*

Dated: March 5, 2025                                    /s/ Omid Shabani (as authorized on March 4, 2025)

**BOWMAN AND BROOKE LLP**
Theodore Dorenkamp III (State Bar No. 277004)
Omid Shabani (State Bar No. 267447)
970 W. 190th Street, Suite 700
Torrance, CA  90502
E-Mail:
theodore.dorenkampIII@bowmanandbrooke.com
Omid.Shabani@bowmanandbrooke.com

*Attorneys for Defendants,*
*XPEDITION LLC and CABELA'S LLC*